# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2020

160291-2

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VERNON BOWMAN, Individually and as
Personal Representative of the ESTATE OF
KELLY M. BOWMAN,
          Plaintiff-Appellant,

v

ST. JOHN HOSPITAL AND MEDICAL
CENTER, and ASCENSION MEDICAL GROUP
MICHIGAN d/b/a ROMEO PLAN DIAGNOSTIC
CENTER, and TUSHAR S. PARIKH, M.D.,
          Defendants-Appellees.

_____/

SC: 160291-2
COA: 341640; 341663
Macomb CC: 2017-002159-NH

On order of the Court, the application for leave to appeal the August 13, 2019 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether this Court's decision in *Solowy v Oakwood Hosp Corp*, 454 Mich 214 (1997), adopted the correct standard for application of the six-month discovery rule set forth in MCL 600.5838a(2); (2) if not, what standard the Court should adopt; and (3) whether the plaintiff in this case timely served her notice of intent and filed her complaint under MCL 600.5838a(2). The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The Michigan Association for Justice, the Michigan Defense Trial Counsel, Inc., and Michigan Health and Hospital Association are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2020



a0519

Clerk